**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| SOLINA MAO, JAMES BARCLAY, SAMANTHA HARVEY, ANAHI ESTRADA, MARY ROLON, MELISSA CROXFORD, KAYCI STADDON, MONICA MAY, SOMMER FOLEY, KIMBERLY CHOURIO, PRESTON PARKER, SANDRA SCHLITZ, NAZARI CHAPPOTIN, LILIANA MORENO, BELETZA VAZQUEZ, AND SKYLAR HARRIS *individually and on behalf of all similarly situated individuals*, <br><br> Plaintiffs, <br><br> vs. <br><br> GLOBAL TRUST MANAGEMENT, LLC, *et al.,* <br><br> Defendants. | Civil Action No. 4:21-cv-00065-RCY-LRL |

**DEFENDANTS GLOBAL TRUST MANAGERS, LLC, GLOBAL TRUST MANAGEMENT, LLC'S, RTC INVESTORS, LLC AND REEL TIME CAPITAL, LLC'S <u>MOTION TO DISMISS</u>**

Defendants Global Trust Managers, LLC ("GT Managers"), Global Trust Management, LLC ("GTM"), RTC Investors, LLC ("RTC") and Reel Time Capital, LLC ("Reel Time") (collectively, "Defendants") by and through their undersigned attorneys, hereby move this Court to dismiss the Amended Complaint (Dkt. 24) pursuant to Fed. R. Civ. P. 12(b)(6). In support thereof, Defendants submit their Memorandum of Law herewith.

Dated: August 26, 2021            By:

 */s/ Dustin M. Paul*
Dustin M. Paul (VSB No. 75287)
VANDEVENTER BLACK
101 West Main St. Suite 500
Norfolk, Virginia, 23510
757-446-8600 (Telephone)
757-446-8670 (Fax)
dpaul@vanblacklaw.com

and

Richard M. Scherer, Jr., Esq.
(admitted pro hac vice)
Brendan H. Little, Esq.
(admitted pro hac vice)
LIPPES MATHIAS WEXLER FRIEDMAN LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
716-853-5100 (Telephone)
716-853-5199 (Fax)
rscherer@lippes.com
blittle@lippes.com

*Counsel for Defendants Global Trust Managers, LLC, Global Trust Management, LLC, RTC Investors, LLC and Reel Time Capital, LLC*

## CERTIFICATE OF SERVICE

   I hereby certify that on the 26th day of August, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.


            */s/Dustin M. Paul*
            Dustin M. Paul (VSB No. 75287)


4834-9365-0168, v. 1

3