UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| SOLINA MAO, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>GLOBAL TRUST MANAGEMENT, LLC; *et al.*,<br><br>            Defendants. | Civil Action No. 4:21-cv-00065 |

### NOTICE OF SETTLEMENT

Plaintiffs Solina Mao, Anahi Estrada, Beletza Vazquez, James Barclay, Kayci Staddon, Kimberly Chourio, Liliana Moreno, Mary Rolon, Melissa Croxford, Monica May, Nazari Chapottin, Preston Parker, Samantha Harvey, Sandra Schiltz, and Skylar Harris ("Plaintiffs"), by and through their counsel, hereby notify the Court that a resolution has been reached as to Plaintiffs' claims against the following Defendants: Global Trust Managers, LLC; Global Trust Management, LLC; RTC Investors, LLC; Reel Time Capital, LLC; and Bradly Spoor ("Settled Defendants" and together with Plaintiffs, the "Settled Parties").

The claims as to remaining Defendants have not settled.

The Parties are diligently working to finalize the resolution and agreement and expect they will be able to file the documents necessary to effectuate it within the Ten (10) day period ordinarily provided by the Court to allow formalization of a settlement. However, the terms of this settlement, though confidential, will provide for a determination of attorneys' fees by the Court by formal motion if not earlier resolved.

Accordingly, the Parties ask that the matter not be dismissed as to the Settled Defendants, but instead that the Parties file a status report on or before June 20, 2022.

The Parties further ask the Court to stay all pending motions, deadlines and litigation between the Settled Parties.

Dated: June 10, 2022 　　　　　　　　　　Respectfully submitted,

**PLAINTIFFS**

By: ___*/s/ Leonard A. Bennett*___
Leonard A. Bennett, VSB #37523
Craig C. Marchiando, VSB #89736
Kevin A. Dillon, VSB #93475
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: kevin@clalegal.com

Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
**KELLY GUZZO, PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com

*Counsel for Plaintiffs*