IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| SOLINA MAO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL TRUST MANAGEMENT, LLC, *et al.*, <br><br> Defendants. | Civil Action No. 4:21-cv-00065 |

### NOTICE OF SETTLEMENT

Plaintiffs Solina Mao, James Barclay, Samantha Harvey, Anahi Estrada, Mary Rolon, Melissa Croxford, Kayci Staddon, Monica May, Kimberly Chourio, Preston Parker, Sandra Schiltz, Nazari Chappotin, Liliana Moreno, Beletza Vazquez, and Skylar Harris, by counsel, notify the Court that they have reached a settlement with Defendants Nationwide Capital Services, LLC d/b/a Structured Settlement ("Nationwide") and Direct Recovery Services, LLC ("Direct Recovery") in this case and are presently working with Nationwide and Direct Recovery to draft and finalize the settlement agreements. Within forty-five (45) days or such other time period ordered by the Court, the parties shall submit a Stipulation of Dismissal or Dismissal Order for entry by the Court.

Respectfully submitted,
**PLAINTIFFS**

 /s/ *Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
**KELLY GUZZO, PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167

Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
*Counsel for Plaintiffs*