IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

Solina Mao,
*individually and on behalf of all similarly situated individuals*,

    Plaintiff,

v.                                              Civil Action No.: 4:21cv65

Direct Recovery Services, LLC,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED pursuant to the Court's Memorandum Order entered May 12, 2023, that judgment is entered in favor of Plaintiff Mao and against Defendant Direct Recovery Services, LLC in the amount of $7,500.00.

DATED 5/12/2023

                                FERNANDO GALINDO, Clerk

                                By: ___/s/_____
                                      D. Brandt, Deputy Clerk